AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
July 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Myrna Gallegos_
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Osvaldo CHAVEZ MAGADAN | ) Case No. **EP-25-MJ-4097-ATB** |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 23, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, on or about , 2025, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:
See attached Affadavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriela Gonzalez Velazquez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/24/2025

_____
*Judge's signature*

City and state: El Paso, Texas

Honorable Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on __July 24, 2025__ at __01:15 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## AFFIDAVIT

On Wednesday, July 23, 2025, in El Paso County, in the Western District of Texas, Jose Osvaldo CHAVEZ MAGADAN (hereinafter the DEFENDANT), an alien, having previously been ordered removed from the United States on or about September 25, 1997, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code Sections 202(3), 202(4), and 557) having consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

On Wednesday, July 23, 2025, at approximately 7:14 a.m., the DEFENDANT was encountered by Homeland Security Investigations (HSI) and Texas Department of Public Safety (TXDPS) Agents at 13240 Stable Rd, El Paso, Texas. The DEFENDANT had been identified as an alien who had been previously ordered removed from the United States.

Agents asked the DEFENDANT for his immigration status. The DEFENDANT claimed to be a National of Mexico who was in the process of adjusting his immigration status.

An immigration database check revealed the DEFENDANT was not in possession of a valid immigration visa, re-entry permit or border crossing card, or other valid entry document required by the Immigration and Nationality Act to remain in the United States. Queries also revealed no pending immigration petitions.

The DEFENDANT was read his Miranda Statement of Rights in the Spanish language. The DEFENDANT acknowledged that he understood his rights and declined to provide a statement without the presence of his attorney.

Record checks revealed the DEFENDANT was previously processed as an Expedited Removal and removed to Mexico on September 25, 1997, in El Paso, Texas. Removal documents display the DEFENDANT's photograph and fingerprint under an alias; however, fingerprint queries match the DEFENDANTS. Further immigration record checks indicate the DEFENDANT has not applied for, nor received permission from the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.